UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| TONY WILLIAMS, | ) | 3:12-cv-00660-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | June 9, 2014 |
| S.L. FOSTER, et al. | ) | |
| Defendants | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On April 30, 2014, Plaintiff filed a motion seeking an order for the Defendants to provide him his property which did not accompany him when he was relocated to the State of New Mexico. (Doc. # 53.) Defendants opposed the motion (Doc # 55) and Plaintiff subsequently filed a notice entitled, "Plaintiff Concedes his Motion for Order Directing Defendants to Provide Plaintiff his Property is Moot," stating that he did receive his property. (Doc. # 60.)

Plaintiff's motion (Doc. # 53) is therefore **DENIED as moot.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk